# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARY A. EGGLESTON  
220 LOCUST STREET  
BELVIDERE, IL 61008

SSN-xxx-xx-8466

Case Number: 05-72182

Case filed on: 5/2/2005  
Plan Confirmed on: 6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,030.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARY A. EGGLESTON | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | GMAC MORTGAGE | 2,595.02 | 2,595.02 | 2,595.02 | 0.00 |
|  | Total Secured | 2,595.02 | 2,595.02 | 2,595.02 | 0.00 |
| 002 | SECURITY FINANCE | 440.00 | 440.00 | 57.04 | 0.00 |
| 003 | ACCOUNT SOLUTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS BANKRUPTCY SERVICE | 708.24 | 708.24 | 91.81 | 0.00 |
| 010 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DEFICIENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FACTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FINANCIAL RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FOX VALLEY NEUROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GENERAL REVENUE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MITCHELL KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MEDICAL DENTAL HOSPITAL BUREAU | 380.00 | 380.00 | 49.26 | 0.00 |
| 018 | MERCANTILE ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 983.07 | 983.07 | 127.43 | 0.00 |
| 021 | PELLETTIERI & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RAKOW HEATING & AIR CONDITIONING | 255.00 | 255.00 | 33.06 | 0.00 |
| 024 | ILLINOIS STUDENT ASSISTANCE COMM | 2,304.73 | 2,304.73 | 298.76 | 0.00 |
| 025 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | B-LINE LLC | 442.32 | 442.32 | 57.33 | 0.00 |
|  | Total Unsecured | 5,513.36 | 5,513.36 | 714.69 | 0.00 |
|  | Grand Total: | 9,472.38 | 9,472.38 | 4,693.71 | 0.00 |

Total Paid Claimant: $4,693.71  
Trustee Allowance: $336.29  
Percent Paid Unsecured: 12.96

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008				By  /s/Heather M. Fagan